IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ATHENA BLANKENSHIP,

    Plaintiff,
v.                                                          CASE NO. 1:07-cv-51-SPM-AK

MACYS INC.,

    Defendant.
_____/

**O R D E R**

This cause is before the Court on Defendant's motion for extension of time to file an answer to the amended complaint. Doc. 14. Having considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Defendant shall file its answer or other responsive pleading no later than **March 10, 2008**.

**DONE AND ORDERED** this  *27th*  day of February, 2008.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**