IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ATHENA BLANKENSHIP

       Plaintiff,

v.                                                    Case No. 1:07-cv-051-SPM/WCS

MACY'S, INC.,

       Defendant.
_____/

## ORDER GRANTING EXTENSION OF TIME TO RESPOND

**THIS CAUSE** comes before the Court upon the "Unopposed Motion for Extension of Time to File Plaintiff's Response to Defendant's Motion" (doc. 20). Upon consideration, the Plaintiff's motion is hereby *granted*. Plaintiff's's response to Defendant's Motion to Dismiss shall be filed on or before **Wednesday, April 9, 2008**.

**DONE AND ORDERED** this fourth day of April, 2008.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge