IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ATHENA BLANKENSHIP

      Plaintiff,

v.                                            Case No. 1:07-cv-051-SPM/WCS

MACY'S, INC.,

      Defendant.
_____/

## ORDER GRANTING EXTENSION OF TIME TO FILE

**THIS CAUSE** comes before the Court upon the Unopposed Motion for Defendant's Extension of Time to File Corporate Disclosure (doc. 21). Upon consideration, the Defendant's motion is hereby *granted*. Defendant's corporate disclosure shall be filed on or before **Wednesday, April 16, 2008**.

**DONE AND ORDERED** this fourteenth day of April, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge