IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ATHENA BLANKENSHIP

      Plaintiff,

v.                                      Case No. 1:07-cv-051-SPM/WCS

MACY'S, INC.,

      Defendant.
_____/

## ORDER GRANTING MOTION TO STAY

**THIS CAUSE** comes before the Court upon the "Joint Motion to Stay Litigation Pending Arbitration" (doc. 25). The parties request that this Court stay the litigation pending arbitration proceedings. Furthermore, the parties agree not to reinstitute the action in this Court after arbitration proceedings have begun. The parties intend to notify this Court of the outcome of the arbitration.

For good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The motion to stay pending arbitration (doc. 25) is *granted*.

2. The parties shall file a joint report with this Court regarding the status of the arbitration proceedings on or before **Friday, July 18, 2008.**

**DONE AND ORDERED** this seventeenth day of April, 2008.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge